**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ismael Gilberto Figueroa**<br>DOB: 1980; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-04764MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 10, 2021, in the District of Arizona, **Ismael Gilberto Figueroa** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Barrett M107 A1 firearm lower receiver, one Barrett M107 A1 bolt carrier group, and one Barret M107 A1 magazine; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 10, 2021, **Ismael Gilberto Figueroa** attempted to exit the United States and enter the Republic of Mexico through the Port of Entry in Nogales, Arizona, in a vehicle of which he was the driver and registered owner. Customs and Border Protection officers noticed that **Figueroa**'s hands were shaking and he repeatedly looked toward the back seat of his vehicle. Due to **Figueroa**'s odd behavior, the officers referred the vehicle for inspection. Underneath the back seat, officers found a large bag containing a firearm and firearm components; specifically one Barrett M107 A1 firearm lower receiver, one Barrett M107 A1 bolt carrier group, and one Barret M107 A1 magazine.

While the vehicle was being inspected, the officers noticed messages on the screen of **Figueroa**'s cellular telephone which read: "Where's my stuff?", "Where are you?", and "You need to answer when I call you.".

The Barrett M107 A1 firearm lower receiver, Barrett M107 A1 bolt carrier group, and Barret M107 A1 magazine that **Figueroa** smuggled and intended to export to Mexico are designated on the United States Commerce Control List as prohibited by law for export from the United States into Mexico without a valid license. Neither **Figueroa** nor any other individual involved in the attempted export of the firearm and firearm components had a license or any other lawful authority to export them from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Digitally signed by ANGELA WOOLRIDGE<br>**ANGELA WOOLRIDGE**<br>Date: 2021.11.12 09:26:09 -07'00'<br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>**ANTHONY J SANSONE** Digitally signed by ANTHONY J SANSONE<br>Date: 2021.11.12 09:45:47 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Anthony J. Sansone |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>November 12, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54